FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2021

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K. AND C.A.K., CHILDREN**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

 Appellee's brief was originally due on October 13, 2021. Appellee has been granted one previous extension, until November 12, 2021. On November 4, 2021, appellee filed a second motion requesting a thirty-day extension of time.

 We GRANT appellee's motion for an extension of time in which to file her brief. Appellee is hereby ORDERED to file her brief **no later than December 13, 2021**. Further requests for an extension of time will not be granted absent extenuating circumstances.

       _____
       Lori I. Valenzuela, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2021.



       _____
       MICHAEL A. CRUZ, Clerk of Court